UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Joseph Shay, also known as  Civ. No. 24-3418 (PAM/DTS)
Mark Shay,

        Petitioner,

v.  **ORDER**

Jared Rardin, Warden,

        Defendant.

---

This matter is before the Court on the Report and Recommendation ("R&R") of United States Magistrate Judge David T. Schultz dated September 19, 2024. The R&R recommends dismissal of this matter without prejudice because the Court lacks jurisdiction over Shay's Petition.

According to statute, the Court must conduct a de novo review of any portion of the R&R to which specific objections are made. 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b); D. Minn. L.R. 72.2(b). Shay filed objections to the R&R, though they are sparse and do not state any specific objections to the R&R's conclusions. First, Shay merely refers the Court to a page of instructions regarding § 2241 petitions; thus, his precise objection to the R&R is unclear. Second, Shay asserts that <u>Loper Bright Enters. v. Raimondo</u>, 144 S. Ct. 2244 (2024), confers jurisdiction over this matter. (Pet.'s Objs. (Docket No. 9) at 2.) Shay is mistaken, as <u>Loper Bright Enters</u> does not discuss a court's jurisdiction over habeas petitions. Shay presents no reason as to why the R&R's

determinations were clearly erroneous, and therefore his objections fail. After conducting the required reviews, the Court **ADOPTS** the R&R. (Docket No. 6.)

Accordingly, **IT IS HEREBY ORDERED that**:

1. The Court **ADOPTS** the R&R (Docket No. 6);

2. The Petition (Docket No. 1) is **DENIED without prejudice** for lack of jurisdiction;

3. Petitioner's application to proceed in forma pauperis (Docket No. 2) is **DENIED**;

4. Petitioner's Motion for an Expedited Transfer to Prerelease (Docket No. 3) is **DENIED**; and

5. This matter is **DISMISSED**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: October 23, 2024

*s/ Paul A. Magnuson*
The Hon. Paul A. Magnuson
United States District Court Judge